UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA HAMILTON, individually and on behalf of her marital community,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFIARS, a federal government entity; DENIS McDONOUGH, Secretary of Veterans Affairs,<br><br>Defendants. | CASE NO. C19-5948-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 60). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that the claims in this case should be dismissed with prejudice and without an award of costs or fees to any party. (Dkt No. 60 at 1.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to CLOSE this case.

MINUTE ORDER
C19-5948-JCC
PAGE - 1

1       DATED this 13th day of July 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER
C19-5948-JCC
PAGE - 2